THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN STRATEGIC INSURANCE CORP, a foreign insurer,<br><br>                    Plaintiff,<br>    v.<br><br>QUANG VUONG, *et al.*,<br><br>                    Defendants. | CASE NO. C23-0388-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of voluntary dismissal (Dkt. No. 35). Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a case may be dismissed without a court order if there is "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff's notice here is self-executing, and this action is DISMISSED. The Clerk is DIRECTED to close this case.

//
//
//
//

DATED this 28th day of February 2024.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Kathleen Albert<br>
Deputy Clerk